IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VERNELL BURRIS,**

      **Plaintiff,**

vs.                                          Civil No. 18-cv-094-DRH-SCW

**DAN RAMEY,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on January 23, 2018 (Doc. 5), this cause is **DIMISSED** for lack of jurisdiction.

                                           JUSTINE FLANAGAN
                                           **Acting Clerk of Court**

                                           **BY:** Lisa Tidwell
                                           **Deputy Clerk**

**Approved:** *[signature: David R Herndon]*    Judge Herndon
                                                          2018.01.24
                                                          12:03:49 -06'00'

**U.S. DISTRICT JUDGE**
**U.S. DISTRICT COURT**